Shanny J. Lee, Calif. Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
770 The City Drive South Suite 2000
Orange, CA 92868
Phone (714) 564-8644
Fax   (714) 564-8641
Email:  shannyjlee@gmail.com

Attorney for plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM M. LONG | No. CV11-01361 MRW |
| PLAINTIFF, | |
| v. | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| DEFENDANT. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND TWO HUNDRED DOLLARS and 00/100's ($3,200.00) plus costs in the amount of THREE HUNDRED FIFTY dollars ($350.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:  January 20, 2012

                              /s/ Judge Wilner
                  HONORABLE MICHAEL R. WILNER
                  UNITED STATES MAGISTRATE JUDGE

Proposed Order for EAJA fees

- 1